UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS INTERNATIONAL, INC., and QWEST CORPORATION,<br><br>Defendants. | ) Case No. 1:04-cv-0073-LJM-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| QWEST CORPORATION; QWEST COMMUNICATIONS CORPORATION,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>CENTILLION DATA SYSTEMS, LLC; CTI GROUP HOLDINGS, INC.,<br><br>Consolidated Defendants. | ) Case No. 1:04-cv-2706<br>) *(consolidated with above)*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ENTRY OF AMENDED JUDGMENT**

Through an Order dated September 22, 2009, this Court granted defendants/consolidated plaintiffs' Qwest Communications International, Inc. and Qwest Corporation ("Defendants"), Motion for Partial Summary Judgment. The Court concluded that 28 U.S.C. § 1498 barred plaintiff/consolidated defendant's, Centillion Data System, LLC, and consolidated defendant's, CTI Group (Holdings), Inc. (collectively, "Plaintiffs"), patent infringement claims based upon Defendants' performance under certain government contracts.

Through an Order dated October 29, 2009, the Court granted Plaintiffs' Motion for Partial Summary Judgment; denied Plaintiffs' Motion for Partial Summary Judgment of Infringement; denied Defendants' Motion for Summary Judgment of Invalidity of the '270 Patent, and granted Defendants' Motion for Summary Judgment of Noninfringement. In the

Order, the Court granted summary judgment in favor of Plaintiffs on defendants' claim that prior art invalidated the patent-in-suit, U.S. Patent 5,287,270.  In addition, the Court granted summary judgment in favor of Defendants on their claim of noninfringement.  Therefore, the patent infringement claims brought by plaintiff/consolidated defendants Centillion Data Systems, LLC, and consolidated defendants CTI Group (Holdings), Inc. are **DISMISSED** with prejudice.  Plaintiffs shall take nothing by way of their complaints.

Additionally, Defendants (Qwest) assert several affirmative defenses, including defenses for invalidity not addressed in Centillion's granted motion regarding anticipation (directed only at TRACE/COBRA prior art), affirmative defenses directed at unenforceability and a claim for invalidity raised in its declaratory judgment action directed at the '270 patent.  To promote judicial economy and with the consent of all the parties, the Court dismisses all of Defendants' affirmative defenses and its declaratory judgment claim for invalidity **without** prejudice to Defendants' rights to re-raise the affirmative defenses and declaratory judgment claim in the future in this action to the extent that the affirmative defenses and declaratory judgment claim could have been asserted on or before October 29, 2009, if this action is remanded for further consideration.[1]

IT IS SO ORDERED this 26th day of January, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

---

[1] "Defendants" include Consolidated Declaratory Relief Plaintiff Qwest Communications Corporation.