UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC,<br>     Plaintiff | ) <br> ) <br> ) | |
| vs. | ) <br> ) <br> ) | 1:04-cv-0073-LJM-DKL |
| QWEST COMMUNICATIONS<br>INTERNATIONAL, INC. and QWEST<br>CORPORATION,<br>     Defendants. | ) <br> ) <br> ) <br> ) | |

_____

| | | |
|---|---|---|
| QWEST CORPORATION and QWEST<br>COMMUNICATIONS CORPORATION,<br>     Consolidated Plaintiffs, | ) <br> ) <br> ) <br> ) | |
| vs.          ) | ) | 1:04-cv-2076<br>(consolidated with above) |
| CENTILLION DATA SYSTEMS, LLC<br>and CTI GROUP (HOLDINGS), INC.,<br>     Consolidated Defendants. | ) <br> ) <br> ) <br> ) | |

## ENTRY OF JUDGMENT

Through an Order dated October 15, 2012, the Court granted summary judgment in favor of Defendants, Qwest Communications International, Inc. and Qwest Corporation, and against Plaintiff, Centillion Data Systems, LLC, on Plaintiff's claims that Defendants infringed United States Patent No. 5,287,270.  Plaintiff shall take nothing by way of its Complaint.  All claims having been resolved on the merits, Judgment is entered accordingly.  Each party shall bear its own costs.

IT IS SO ORDERED this 15th day of October, 2012.

Distribution attached.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distributed to:

Vincent J. Belusko
MORRISON & FOERSTER LLP
vbelusko@mofo.com

J. Manena Bishop
MORRISON & FOERSTER (L.A.)
mbishop@mofo.com

Kenneth L. Bressler
BLANK ROME, LLP
kbressler@blankrome.com

Dale Buxton II
MORRISON & FOERSTER, LLP
dbuxton@mofo.com

David C. Campbell
BINGHAM GREENEBAUM DOLL LLP
dcampbell@bgdlegal.com

Phillip J. Fowler
BINGHAM GREENEBAUM DOLL LLP
pfowler@bgdlegal.com

Alan M. Freeman
BLANK ROME LLP
freeman@blankrome.com

Hector G. Gallegos
MORRISON & FOERSTER LLP
hgallegos@mofo.com

Paul M. Honigberg
BLANK ROME LLP
honigberg@blankrome.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Victor M. Wigman
BLANK ROME LLP
wigman@blankrome.com