UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC,<br>    Plaintiff<br><br>vs.<br><br>QWEST COMMUNICATIONS<br>INTERNATIONAL, INC. and QWEST<br>CORPORATION,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:04-cv-0073-LJM-DKL |
| QWEST CORPORATION and QWEST<br>COMMUNICATIONS CORPORATION,<br>    Consolidated Plaintiffs,<br><br>vs.<br><br>CENTILLION DATA SYSTEMS, LLC<br>and CTI GROUP (HOLDINGS), INC.,<br>    Consolidated Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:04-cv-2076<br>(consolidated with above) |

## **AMENDED ENTRY OF JUDGMENT**

Through an Order dated October 15, 2012, the Court granted summary judgment in favor of Defendants, Qwest Communications International, Inc. and Qwest Corporation ("Qwest"), and against Plaintiff, Centillion Data Systems, LLC, on Plaintiff's claims that Defendants infringed United States Patent No. 5,287,270. Plaintiff shall take nothing by way of its Complaint.

Additionally, Defendants Qwest assert several affirmative defenses, including defenses of invalidity, affirmative defenses directed at unenforceability and a claim for invalidity raised in a declaratory judgment action directed at United States Patent No. 5,287,270. To promote judicial economy, the Court dismisses all of Defendants Qwest's affirmative defenses and its declaratory judgment claim for invalidity without

prejudice to Defendants Qwest's rights to re-raise the affirmative defenses and declaratory judgment claim in the future in this action to the extent that the affirmative defenses and declaratory judgment claim could have been asserted on or before October 15, 2012, if this action is remanded for further consideration.

Defendant Qwest is hereby awarded its costs in the amount of $251,245.95 as set forth at Docket No. 830.

IT IS SO ORDERED this 30th day of October, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Date: __10/30/12_____

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution to all counsel of record via CM/ECF.